■ ELIZABETH DI RUSSO et al., Respondents, v. DAVID W. GRANT, an Infant, by His Father, CHARLES GRANT, et al., Appellants.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur. [51 Misc 2d 756.]